**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------

XIANG REN MA, individually and on behalf
of all other employees similarly situated,

                  Plaintiff,

      -against-

PENG'S BODY WORK, INC. d/b/a TAIJI
BODY WORK, RUTIE PENG, EMILY
"DOE", and CANDY "DOE",

                  Defendants.

----------------------------------------------------------

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __11/7/18__ |

Case No. 1:17-cv-01787

## STIPULATION AND ORDER OF FINAL DISMISSAL
## WITH PREJUDICE

        IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs, Xiang Ren

Ma, Cui Guo Bing, and Defendants, Peng's Bodywork Inc., through their respective undersigned

counsel, that the above-captioned action should be dismissed in its entirety, with prejudice, and with no

award of attorneys' fees, costs or disbursements by the Court to any party.

HANG & ASSOCIATES, PLLC
*ATTORNEYS FOR PLAINTIFF*
136-20 38th Avenue, Suite 10G
Flushing, New York 11354
(718) 353-8588

By: _____
    Ge Qu, Esq.
Dated: ___8/21/2018___

LAW OFFICE OF YAT T. MAN
100 LAFAYETTE STREET, STE 402A
NEW YORK, NEW YORK 10013
TEL: (212) 374-9600
EMAIL: YTMLAW@GMAIL.COM

By: _____
    Yat T. Man, Esq.
Dated: ___8/13/18___

SO ORDERED on this 7ᵗʰ day of November, 2018,

_____
U.S.D.J.

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK